**FILED**

04/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0140

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0140

IN RE THE MATTER OF THE GUARDIANSHIP,

AND CONSERVATORSHIP OF:

I.Q.,

    A Protected Person.

## GRANT

    Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 2, 2023, to prepare, file, and serve the Appellant's opening brief.